UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ADRIAN LIGGINS, | |
|---|---|
| Petitioner, | |
| -against- | 25-cv-6915 (LTS) |
| RIKARD, | CIVIL JUDGMENT |
| Respondent. | |

For the reasons stated in the October 29, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 30, 2025
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge